UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARLOS RUIZ FLOREZ,

        Case No. 25-cv-05228-PAE-SDA

                    Plaintiff,

      -against-                       **NOTICE OF SETTLEMENT**

CLINTON HOUSING DEVELOPMENT FUND
CORPORATION AND 9TH AVE BLUE LLC,

                    Defendants.

------------------------------------------------------------------------X

Please take notice that the parties have a settlement in principle the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon the completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated:        October 31, 2025
                New York, New York

                          **HELBRAUN & LEVEY LLP**

                By: _____
                    Tyler H. Morris, Esq. (TM0999)
                    40 Fulton Street, 28th Floor
                    New York, New York 10038
                    (212) 219-1193
                    tyler.morris@helbraunlevey.com
                    *Counsel for Defendant 9th Ave Blue LLC*